FILED
Sep 22 2020
4:54 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ vanessac      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '20 CR2942 AJB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 26, U.S.C. Section 5861 – Possession of an Unregistered Destructive Device (Felony); Title 18, U.S.C., Sec. 844(i) – Malicious Damage to Buildings or Real Property Affecting Interstate Commerce by Means of Fire or an Explosive; Title 26, U.S.C., Sec. 5872, and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| SYLVESTER ANDREWS, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about May 20, 2018, within the Southern District of California, defendant SYLVESTER ANDREWS, knowingly received and possessed destructive devices, specifically, two glass bottles with wicks that contained gasoline, a.k.a. "Molotov cocktails," not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861, a felony.

Count 2

On or about May 20, 2018, within the Southern District of California, defendant SYLVESTER ANDREWS, did maliciously damage and

SHTH:nlv:San Diego:9/21/20

attempt to damage and destroy, by means of an explosive, to wit: an incendiary bomb, a building and real property used in any activity affecting interstate and foreign commerce, to wit: the rental property located at 130 W 11th Street, National City, California 91950; in violation of Title 18, United States Code, Section 844(i).

## FORFEITURE ALLEGATIONS

1. The allegations contained in the Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 1 of this Indictment, defendant SYLVESTER ANDREWS shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all destructive devices involved in the commission of the offense, including, but not limited to: two glass bottles with wicks that contained gasoline, a.k.a. "Molotov cocktails."

All pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

DATED: September 22, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
SHITAL H. THAKKAR
Assistant U.S. Attorneys

2